United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

Case No. 2:26-cr-88

Isaiah E. Bennett

---

# COURTROOM MINUTES
## Arraignment on Information

| U.S. District Judge Algenon L. Marbley | | Date: June 5, 2026 | |
|---|---|---|---|
| **Deputy Clerk:** | **Stephanie Hernandez** | **Counsel for Government:** | **Emily Czerniejewski** |
| **Court Reporter:** | **Shawna Evans** | **Counsel for Defendant:** | **Laura Byrum/Joseph Medici** |
| **Interpreter:** | | **Pretrial/Probation:** | |

Defendant entered a plea of guilty to Count(s) 1-3 and the Forfeiture Allegation of the Information.

PSI Report ordered.

Defendant shall remain in custody pending sentencing.